1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   KERRIN MELLO,                              CASE NO. CV F 11-1441 LJO GSA

10                 Plaintiff,                  **ORDER AFTER SETTLEMENT**
            vs.

11

12  WORLDWIDE RECOVERIES, LLC

13
                   Defendant.
14  _____/

15          The parties have filed a Notice of Settlement indicating that settlement has been reached in this

16  case.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October**

17  **26, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

18          This Court VACATES all pending dates and matters.

19          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20  parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

21  IT IS SO ORDERED.

22  **Dated:     September 27, 2011**         _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28