IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRIN MELLO, | CASE NO. CV F 11-1441 LJO GSA |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION |
| vs. | |
| WORLDWIDE RECOVERIES, | |
| Defendant. / | |

This Court's October 27, 2011 order required the parties, no later than November 25, 2011, to file appropriate papers to dismiss or conclude this action, or to show good cause why this action has not been dismissed. The parties have failed to file papers to comply with the October 27, 2011 order, even after granted an extension to file papers to dismiss this action. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than December 2, 2011, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to comply with the October 27, 2011 order. This order to show cause will be discharged if, no later than December 2, 2011, papers are filed to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:  November 28, 2011**          /s/ Lawrence J. O'Neill

1

1                                                    UNITED STATES DISTRICT JUDGE