IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRIN MELLO, | CASE NO. CV F 11-1441 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 10.) |
| vs. | |
| WORLDWIDE RECOVERIES, LLC, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;
2. VACATES all pending matters and dates;
3. DISCHARGES the November 28, 2011 order to show cause; and
4. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 29, 2011**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1